1  Seth D. Mansergh, SBN 274892
2  smansergh@slenvironment.com
   Kenneth A. Sansone, SBN 319982
3  ksansone@slenvironment.com
   SL ENVIRONMENTAL LAW GROUP
4  175 Chestnut Street
   San Francisco, CA 94133
5  Telephone: (415) 348-8300
6  Facsimile: (415) 348-8333

7  Attorneys for Plaintiff CITY OF ARCADIA

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF ARCADIA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE DOW CHEMICAL COMPANY, et al.<br><br>　　　　Defendants. | Case No.  2:18-cv-10139-MWF-SPx<br><br>Judge: The Hon. Michael W. Fitzgerald<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

1       The Court has reviewed the parties' Stipulation (Docket No. 112)
2 requesting dismissal with prejudice of this matter. For good cause shown, the
3 Court ORDERS the Stipulation of Dismissal with Prejudice is GRANTED.

5       IT IS HEREBY ORDERED.

7 DATED:    March 29, 2022           _____
                                                MICHAEL W. FITZGERALD
8                                                 United States District Judge